FILED

2018 NOV -9 PM 4: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. CR 18-00779-DMG |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce By Robbery; 18 U.S.C. § 924(c)(1)(A)(ii): Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence; 18 U.S.C. § 2(a): Aiding and Abetting] |
| WALTER COLLIN BEATTY and TERRANCE DOUGLAS BAKER, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1951(a)]

A.  INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.  Sprint, a national telephone service carrier and cellular telephone provider, sold and distributed products in, and affecting, interstate commerce.

2. Defendant WALTER COLLIN BEATTY ("BEATTY") was an employee at the Sprint store, located at 2908 Los Feliz Boulevard, Los Angeles, California.

B. OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about August 21, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants BEATTY and TERRANCE DOUGLAS BAKER ("BAKER"), and others known and unknown, conspired and agreed with each other to knowingly and intentionally interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a).

C. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1. On the day of the robbery, defendants BEATTY and BAKER would contact each other to discuss and plan the robbery.

2. Defendants BEATTY and BAKER would coordinate the precise timing of the robbery by calling each other before and just after the robbery.

3. Defendant BAKER would enter a store and commit the robbery, while defendant BEATTY would assist and facilitate the robbery from his position as a store employee.

4. Defendants BAKER and BEATTY would commit the robbery by defendant BAKER brandishing a firearm to control store employees, while defendant BEATTY would fill defendant BAKER's bag with cellular telephones.

D. OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants BEATTY and BAKER, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On or about August 21, 2018, defendant BEATTY was working as an employee at the Sprint store, located at 2908 Los Feliz Blvd., Los Angeles, California ("Sprint store").

Overt Act No. 2: On or about August 21, 2018, defendants BAKER and BEATTY called each other to discuss committing an armed robbery that day.

Overt Act No. 3: On or about August 21, 2018, defendant BAKER traveled to the Sprint store for the purpose of committing an armed robbery.

Overt Act No. 4: On or about August 21, 2018, just prior to defendant BAKER entering the Sprint store to commit the armed robbery, defendant BEATTY called defendant BAKER.

Overt Act No. 5: On or about August 21, 2018, defendant BAKER entered the Sprint store to commit an armed robbery.

Overt Act No. 6: On or about August 21, 2018, defendant BAKER brandished a firearm, namely, a silver handgun, and used it to control and intimidate Sprint store employee B.S.

Overt Act No. 7: On or about August 21, 2018, defendant BEATTY pretended to be a victim of defendant BAKER's armed robbery.

Overt Act No. 8: On or about August 21, 2018, defendant BAKER ordered Sprint store employee B.S. and defendant BEATTY to proceed into the Sprint store's storeroom.

Overt Act No. 9:  On or about August 21, 2018, while in the storeroom of the Sprint store, defendant BAKER used his firearm to control and subdue Sprint store employee B.S.

Overt Act No. 10:  On or about August 21, 2018, defendant BEATTY proceeded to the Sprint store's safe, from which he filled defendant BAKER's bag with approximately 34 iPhone model X cellular phones.

Overt Act No. 11:  On or about August 21, 2018, defendant BEATTY intentionally omitted from defendant BAKER's bag an iPhone model X cellular telephone outfitted with a GPS tracking device.

Overt Act No. 12:  On or about August 21, 2018, defendant BAKER fled the Sprint store with approximately 34 iPhone model X cellular phones, worth approximately $32,900.

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

On or about August 21, 2018, in Los Angeles County, within the Central District of California, defendants WALTER COLLIN BEATTY ("BEATTY") and TERRANCE DOUGLAS BAKER ("BAKER"), and others known and unknown, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendants BEATTY and BAKER unlawfully took and obtained property consisting of approximately 34 iPhone model X cellular telephones worth approximately $32,900, belonging to Sprint, a national telephone service carrier and cellular telephone provider, the inventory of which travels in interstate commerce, from the person and in the presence of an employee of Sprint, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of the employee.

## COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2(a)]

On or about August 21, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants WALTER COLLIN BEATTY and TERRANCE DOUGLAS BAKER, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm, namely, a silver Taurus, model PT 140 Pro, .40 caliber handgun, bearing serial number SCT21617, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment, and, in so doing, brandished that firearm.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JEFFREY M. CHEMERINSKY
JOSEPH D. AXELRAD
Assistant United States Attorneys
Violent and Organized Crime
Section